IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RUBY WINSTON a/k/a RUBY WINSTON MICKEL
and ELLIS MICKEL

VS.	CIVIL ACTION NO. 4:10CV69-SA-DAS

ALLSTATE INSURANCE COMPANY

**ORDER**

This matter is before the court on motion of the defendant for modification or supplementation (# 21). On November 29, 2010, this court allowed plaintiffs' counsel to withdraw. In that order the court did not address how the withdrawal would affect discovery and other deadlines. The defendant has now moved the court to address those deadlines and states it does not object to an extension because new counsel will likely now appear or the plaintiffs will proceed pro se. The court has considered the defendant's motion and finds it to be well taken. Accordingly, the plaintiffs are hereby ordered to comply with the following deadlines:[1]

1.) The plaintiffs will fully respond to the written discovery propounded by the defendants no later than January 14, 2011.

2.) The plaintiffs will produce all documents requested when they provide the responses to the written discovery described above.

3.) The plaintiffs will provide deposition testimony after responding to the written discovery and producing all documents on January 14, 2011, but no later than January 31, 2011.

IT IS, THEREFORE, ORDERED that the defendant's motion for modification or

---

[1] Of course, as in all cases and assuming the objections are valid and not frivolous, the plaintiffs may object to any or all of the discovery.

1

supplementation (# 21) is hereby GRANTED.

SO ORDERED, this the 2nd day of December, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE