**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RUBY WINSTON, ET AL.**                                                                                                 **PLAINTIFFS**

**v.**                                                                                                                **No. 4:10CV69-SA-DAS**

**ALLSTATE INSURANCE COMPANY**                                                                                        **DEFENDANT**

<u>**ORDER**</u>

Before the court are Allstate's motion to compel (# 25) and motion for an extension of time to designate experts (# 31). With regard to the motion to compel, the pro se plaintiffs have failed to cooperate in the discovery process by failing to timely respond to written discovery requests. Because the plaintiffs have failed to respond to the motion, it is GRANTED. Accordingly, the plaintiffs shall provide full and complete responses to the defendant's discovery requests, all objections having been waived, within 7 calendar days of this date.

FURTHER, the defendant's motion for an extension of its expert deadline is GRANTED. The defendant shall designate all experts by March 2, 2011. Additionally, the scheduling order is further amended as follows:

1. Discovery shall be completed on or before March 16, 2011; and

2. Dispositive motions shall be filed on or before March 30, 2011.

This 4th day of February, 2011.

<u>/s/ David A. Sanders</u>
U. S. Magistrate Judge